AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Tommy Sevilla and Melodie Sevilla, individually and as next friends of their minor children, L.S., G.S., and I.B.<br>*Plaintiff*<br>v.<br>Dr. Akil Ross, Sr. (Superintendent, Lexington-Richland 5);  Kaaren Hampton (Principal, Irmo High School);  Mansa Joseph (Principal, Irmo Middle School); Amanda Neal (School Staff, Irmo Middle); Teon Petree, Sr. (Coach); Aaron Brand (Football Coach); Paul Calvert (Athletic Director); Jeanna Locklair (VP and 504 Coordinator); Jinni Friend; Tamara Turner; Reggie Wicker; Steven Puckett (District Athletic Director); Jordan Ingram; Gary Stephens (Football Coach); Brooks Railey; Deputy Christian Forero (Lexington County Sheriff's Office); Ross Wise (Internal Investigator); Neshuanda Walters (504 Administrator); Amanda Taylor (FOIA Officer); Susan Noller; John Doe Law Enforcement Officer (Gilbert High); Kevin Scully (LR5 Board Member); Matt Satterfield (LR5 Board Member); Kimberly Snipes (LR5 Board Member); David Herring (LR5 Board Member); Jonathan Colon (Custodian); Michael Harris (Human Resources); Lexington School District One (Public Entity); Coach Mitch Hudson; Unnamed Athletic Director; Jerome Singleton; Michael Montgomery (SCHSL Officials); Michelle Swindler (LR5 Administrator / English Teacher); Deputy Anthony (Lexington County Sheriff's Office); Mrs. Blackburn (White Knoll High School); SafeSport; NFHS; and SCHSL (Governing Bodies),<br>*Defendants* | Civil Action No.     3:25-cv-03528-JDA-SVH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that:

■ the plaintiffs, Tommy Sevilla and Melodie Sevilla, individually and as next friends of their minor children, L.S., G.S., and I.B., shall take nothing of the defendants, Dr. Akil Ross, Sr. (Superintendent, Lexington-Richland 5);  Kaaren Hampton (Principal, Irmo High School);  Mansa Joseph (Principal, Irmo Middle School); Amanda Neal (School Staff, Irmo Middle); Teon Petree, Sr. (Coach); Aaron Brand (Football Coach); Paul Calvert (Athletic Director); Jeanna Locklair (VP and 504 Coordinator); Jinni Friend; Tamara Turner; Reggie Wicker; Steven Puckett (District Athletic Director);

Jordan Ingram; Gary Stephens (Football Coach); Brooks Railey; Deputy Christian Forero (Lexington County Sheriff's Office); Ross Wise (Internal Investigator); Neshuanda Walters (504 Administrator); Amanda Taylor (FOIA Officer); Susan Noller; John Doe Law Enforcement Officer (Gilbert High); Kevin Scully (LR5 Board Member); Matt Satterfield (LR5 Board Member); Kimberly Snipes (LR5 Board Member); David Herring (LR5 Board Member); Jonathan Colon (Custodian); Michael Harris (Human Resources); Lexington School District One (Public Entity); Coach Mitch Hudson; Unnamed Athletic Director; Jerome Singleton; Michael Montgomery (SCHSL Officials); Michelle Swindler (LR5 Administrator / English Teacher); Deputy Anthony (Lexington County Sheriff's Office); Mrs. Blackburn (White Knoll High School); SafeSport; NFHS; and SCHSL (Governing Bodies), and this action is dismissed without prejudice for failure to pay the filing fee.

This action was:

■ decided by the Honorable Jacquelyn D. Austin, United States District Judge, presiding. The Court having dismissed this action.

Date:   January 12, 2026.                                            *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                          s/C. Priester
                                                                                    _____
                                                                                    *Signature of Clerk or Deputy Clerk*